IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GAUDALUPE CANO,<br><br>    Plaintiff,<br><br>    v.<br><br>DOES 1 TO 10,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:24-cv-03793-TRJ |

### ORDER

On August 26, 2025, the Court ordered Plaintiff to file an Amended Complaint alleging facts sufficient to state a claim against Defendants Does 1 to 10. (Doc. 34). On September 4, 2025, Plaintiff filed a Notice of Voluntary Dismissal, voluntarily dismissing without prejudice Defendants Does 1 to 10. (Doc. 35). Because all Defendants have been dismissed from this action, the Clerk is **DIRECTED** to **CLOSE** this case.

SO ORDERED, this 5th day of September, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge