**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

GAUDALUPE CANO

*INDIVIDUALLY AS A REPRESENTATIVE OF A CLASS OF PARTICIPANTS AND BENEFICIARIES ON BEHALF OF THE HOME DEPOT FUTUREBUILDER PLAN*,

           Plaintiff(s),

vs.

THE HOME DEPOT, INC. et al,

           Defendant(s).

CIVIL ACTION FILE

NO. 1:24-cv-03793-TRJ

## J U D G M E N T

This action having come before the court, Honorable Tiffany R Johnson, United States District Judge, for consideration of The Administrative Committee of The Home Depot Future Builder, and The Home Depot, Inc's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 15th day of September, 2025.

KEVIN P. WEIMER
CLERK OF COURT


By:  s/D. Salpeter
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 15, 2025
Kevin P. Weimer

Clerk of Court

By: s/D. Salpeter
       Deputy Clerk